Reset

# United States District Court
### for the
### Central District of California

United States of America
v.
Morris Goldman
*Defendant*

Case No.
2:20-CR-00369-JFW

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: X 9-22-2020

*Defendant's signature*

*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

*Signature of Interpreter*

CR-110 (06/12)  Waiver of a Preliminary Hearing