```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:   mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-369-JFW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | |
| MORRIS ROLAND GOLDMAN, | **CURRENT SENTENCING DATE:** 08/23/2021 at 8:00 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** 10/03/2022 at 8:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills, and defendant MORRIS ROLAND GOLDMAN, both individually and by and through his counsel of record, hereby stipulate as follows:

1. On September 30, 2020, defendant GOLDMAN appeared at a change of plea hearing and pleaded guilty to Count One of the Information, pursuant to a cooperation plea agreement in which defendant GOLDMAN agreed to testify at future hearings or trials as requested by the government. The Court accepted defendant GOLDMAN's guilty plea and set the sentencing hearing for December 14, 2020 at 8:00 a.m.

2. On July 30, 2020, the grand jury returned an indictment in United States v. Jose Huizar, Case Number 2:20-MJ-326-JFW, charging Huizar with 34 counts for violations involving various bribery schemes.

3. On November 12, 2020, the grand jury returned a first superseding indictment in United States v. Huizar, et al., Case Number 2:20-CR-326(A)-JFW, charging six defendants in 41 counts for violations involving various bribery schemes. On May 13, 2021, trial in the Huizar, et al. case was scheduled to begin on May 24, 2022, and the government's case-in-chief is estimated to last approximately 25-30 trial days. The government expects to call defendant GOLDMAN to testify at this trial.

4. Therefore, in the interest of justice, the parties request to continue the sentencing hearing to allow defendant KIM to testify at trial, if required, before the sentencing hearing. By so doing, this will provide the Court the full vantage of defendant KIM's cooperation at sentencing and provide defendant KIM the opportunity to obtain the full benefit of his cooperation.

5. Given the complexity and magnitude of the case and trial currently scheduled to commence on May 24, 2022, the parties request a continuance of the sentencing hearing.

6.   The parties respectfully request that the sentencing hearing be continued from August 23, 2021 at 8:00 a.m. to October 3, 2022 at 8:00 a.m.

IT IS SO STIPULATED.

Dated: June 11, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        /s/ Veronica Dragalin
                                        MACK E. JENKINS
                                        VERONICA DRAGALIN
                                        MELISSA MILLS
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

Dated: June 14, 2021


                                         /s/ via e-mail authorization
                                        STEPHEN MEISTER
                                        Attorney for Defendant
                                        MORRIS ROLAND GOLDMAN