```
STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:   mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-369-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | **[PROPOSED] SENTENCING DATE:** |
| MORRIS ROLAND GOLDMAN, | 06/12/2023 at 8:00 a.m. |
| Defendant. | |

The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant MORRIS ROLAND GOLDMAN, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant GOLDMAN in this matter is continued from October 3, 2022 to June 12, 2023 at 8:00 a.m.

IT IS SO ORDERED.

_____  _____
DATE                          HONORABLE JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

Presented by:

_____
VERONICA DRAGALIN
Assistant United States Attorney

2