E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**Note Change by Court**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>MORRIS ROLAND GOLDMAN,<br><br>          Defendant. | No. CR 20-369-JFW<br><br>ORDER CONTINUING SENTENCING HEARING<br><br>**SENTENCING DATE:**<br>     11/03/2023 at 8:00 a.m. |

The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant MORRIS ROLAND GOLDMAN, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant GOLDMAN in this matter is continued from June 12, 2023 to **November 3, 2023 at 8:00 a.m.** Sentencing papers shall be filed on or before October 19, 2023.

IT IS SO ORDERED.

April 24, 2023
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CC: USPO/PSA; USM

Presented by:

CASSIE D. PALMER
Assistant United States Attorney