UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 20-369-JFW**                                         Dated: November 4, 2024

================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Brian R. Faerstein |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | Interpreter: None | Asst. U.S. Attorney present |

================================================================
U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

1)   Morris Roland Goldman                    1)   Stephen A. Meister
     present on bond                                present - retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant. For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk   sr
1/00